## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 08, 2023

Ms. Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

　　　　　　　Re:　Case No. 21-5882, *Brenda Leavy v. Federal Express Corporation*
　　　　　　　　　Originating Case No. 2:19-cv-02705

Dear Ms. Leavy:

　Enclosed please find, unfiled, your motion to vacate this Court's December 20, 2022 order. Please be advised that your case is closed and no further action will be forthcoming from this Court.

　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　s/Patricia J. Elder
　　　　　　　　　　　　　　　　　Senior Case Manager
　　　　　　　　　　　　　　　　　Direct Dial No. 513-564-7034

cc:　Mr. Barak Jonathan Babcock