**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS
CLERK

TELEPHONE
(513) 564-7000

February 12, 2024

Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

RE: 21-5882, *Leavy v. Federal Express Corp.*;
Tendered Motion to Void Judgment

Dear Ms. Leavy:

On January 5, 2024, this office received from you a tendered motion to void judgment. After careful consideration, please find your motion returned unfiled and without further action.

The electronic casefile reflects that a three-judge panel of Circuit Judges Boggs, Thapar, and Readler affirmed the judgment of the district court on December 20, 2022. The judgment entered the same day. You petitioned for rehearing en banc, and the court denied your petition on February 16, 2023. The mandate issued in the normal course on February 28, 2023. Your case remains closed and mandated, and you should anticipate that further filings and correspondence will not receive a response.

This office also received correspondence from you on December 28, 2023. In your letter, you inquire about a "Notice of District Denial." The electronic record does not reflect a filing by this name. If you have questions about filings in the district court, you should contact that court directly. Finally, regarding your inquiry of February 24, 2023, neither the Federal Rules of Appellate Procedure nor the Sixth Circuit Rules and Internal Operating Procedures require the disclosure of the authoring judge.

Sincerely,

/s/Alicia Harden
Chief Legal Advisor