**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 09, 2024

Ms. Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

Re: Case No. 21-5882, *Brenda Leavy v. Federal Express Corporation*
    Originating Case No. : 2:19-cv-02705

Dear Ms. Leavy:

   Enclosed please find, unfiled, your motion for void judgment. This motion was previously returned to you on February 12, 2023.  Please be advised that your case is closed, therefore, no further consideration is forthcoming from this Court.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

cc:  Mr. Barak Jonathan Babcock

Enclosure