authority, no hearing, fraud upon the court and violation of Leavy's right to due process under the Fourteenth Amendment. Sending Brenda Kay Leavy vs. FedEx Corporation back to a district court to apply proper ADA precedents and permit her claim to proceed to trial with a jury of Leavy's peers with an impartial Article 111 judge seated on the bench as originally requested.

    I, Brenda Kay Leavy state that everything claimed herein is, to the best of my ability and understanding, true and accurate.

    Respectfully submitted to the Sixth Circuit Court of Appeals on this 8th day of April 2024.

*Brenda Kay Leavy*
Brenda Kay Leavy, *Pro Se*
5036 Overview Ridge Cove
Memphis, TN 38141
Bkmeeks1@att.net

## CERTIFICATE OF SERVICE

    I, the undersigned, herby certify that on this 8th day of April 2024, the foregoing document has been served via first class U.S. Mail, postage prepaid, and Email upon:

Mr. Barak Jonathan Babcock
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd floor
Memphis, TN 38125

*Brenda Kay Leavy*
Brenda Kay Leavy, *Pro Se*
5036 Overview Ridge Cove
Memphis, TN 38141