# Patricia Elder

| | |
|---|---|
| **From:** | CA06-ECF-NoticeDesk |
| **Sent:** | Tuesday, April 9, 2024 3:55 PM |
| **To:** | Patricia Elder |
| **Subject:** | FW: 21-5882 Brenda Leavy v. Federal Express Corporation "letter sent return unfiled document" |

This was received in the ECF Notice Desk mailbox.

---

**From:** Brenda Meeks <bkmeeks1@att.net>
**Sent:** Tuesday, April 9, 2024 3:39 PM
**To:** CA06-ECF-NoticeDesk <CA06-ECF-NoticeDesk@ca6.uscourts.gov>; Office of U.S. Senator Marsha Blackburn(imailagent) <casework@blackburn.senate.gov>
**Cc:** LaShonda Ray <lshondar@yahoo.com>; Brenda Leavy <bkmeeks1@att.net>
**Subject:** Fw: 21-5882 Brenda Leavy v. Federal Express Corporation "letter sent return unfiled document"

**CAUTION - EXTERNAL:**

Patricia Elder, I would like to know why you keep interfering with my Appeal, Motions, etc. getting to the three-panel judges. This is a continuous violation of due process, my right to be heard. Violation of the Fourteenth Amendment. It is my constitutional right to be heard in "The People's Court," Can you send me a letter stating the reason my motions are being denied immediately by you. This is a Void Judgment on its face. I would like to be heard by a judge. How can my case be closed when the Sixth Circuit answered none of my Appeal questions? I look forward to hearing from you. I do not see an Order in PACER from judges stating that I can't file a Motion.

Dear Ms. Leavy: Enclosed please find, unfiled, your motion for void judgment. This motion was previously returned to you on February 12, 2023. Please be advised that your case is closed, therefore, no further consideration is forthcoming from this Court. Sincerely yours, s/Patricia J. Elder Senior Case Manager Direct Dial No. 513-564-7034

| | | |
|---|---|---|
| 02/12/2024 | 33 | LETTER SENT to Ms. Brenda Kay Leavy, returning unfiled motion for void judgment. (PJE) [Entered: 02/12/2024 12:27 PM] |
| 04/09/2024 | 34 | LETTER SENT to Ms. Brenda Kay Leavy, returning unfiled motion to void judgment. (PJE) [Entered: 04/09/2024 03:14 PM] |

----- Forwarded Message -----
**From:** "ca06-ecf-noticedesk@ca6.uscourts.gov" <ca06-ecf-noticedesk@ca6.uscourts.gov>
**To:** "bkmeeks1@att.net" <bkmeeks1@att.net>
**Sent:** Tuesday, April 9, 2024 at 02:19:08 PM CDT
**Subject:** 21-5882 Brenda Leavy v. Federal Express Corporation "letter sent return unfiled document"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Sixth Circuit**

**Notice of Docket Activity**

The following transaction was filed on 04/09/2024

| | |
|---|---|
| **Case Name:** | Brenda Leavy v. Federal Express Corporation |
| **Case Number:** | 21-5882 |
| **Document(s):** | Document(s) |

**Docket Text:**
LETTER SENT to Ms. Brenda Kay Leavy, returning unfiled motion to void judgment. (PJE)

**Notice will be electronically mailed to:**

Mr. Barak Jonathan Babcock: barak.babcock@fedex.com, csressler@fedex.com, shannon.brister@fedex.com, stefanie.chapman@fedex.com
Ms. Brenda Kay Leavy: bkmeeks1@att.net

**Notice will not be electronically mailed to:**

Ms. Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

The following document(s) are associated with this transaction:
**Document Description:** Letter
**Original Filename:** /opt/ACECF/live/forms/PatriciaElder_215882_7149586_MiscLetter.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=04/09/2024] [FileNumber=7149586-2]
[4ca93d6940a26decfa490b8393e9f846b8f242d6ba50d31c95fd767134193edce5e8d16b45f1ecbd690ee448f04c6eb58ab42f31be71c365a209b51f46248ba4]]
**Recipients:**

- Mr. Barak Jonathan Babcock
- Ms. Brenda Kay Leavy

**Document Description:** motion
**Original Filename:** 21-5882 Motion.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=04/09/2024] [FileNumber=7149586-0]
[695279def068fb140252ee85cc883f54210a22697ff10c82aa1272b52c41f207ad83e9c67ce9bb363701528f0ffb0767c1d9df6a8524d6c2b22a969aae12e880]]

**Document Description:** signature page
**Original Filename:** 21-5882 signaure page.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=04/09/2024] [FileNumber=7149586-1]
[97759576ff36f6829ab187b7d7cb282dc3402f053c3aef024bdff01de22ee071d4b1bddf80562344754c8b31573aada82e91d2a88c08bf786dabc1ad279dd0ee]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.