## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 28, 2025

Mr. Barak Jonathan Babcock
Federal Express Corporation
3620 Hacks Cross Road
Third Floor, Building B
Memphis, TN 38125

Ms. Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

    Re: Case No. 21-5882
          *Brenda Leavy v. Federal Express Corporation*
          Originating Case No. 2:19-cv-02705

Dear Ms. Leavy and Counsel:

  The Court issued the enclosed Order today in this case.

                                            Sincerely yours,

                                            s/Patricia Elder
                                            Senior Case Administrator
                                            Direct Dial No. 513-564-7034

cc: Mr. Thomas M. Gould

Enclosure