## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 30, 2025

Ms. Brenda Kay Leavy
5036 Overview Ridge Cove
Memphis, TN 38141

  Re: Case No. 21-5882
    *Brenda Leavy v. Federal Express Corporation*
    Originating Case No. 2:19-cv-02705

Dear Ms. Levy,

 Please find the enclosed judicial order, dated October 28, 2025, and filed in case 21-5882 (DE# 58), directing the clerk to reject and return unfiled additional filings in this closed appeal. Pursuant to this order, your documents submitted on October 30, 2025, to the pro se email box are being returned to you unfiled.

              Sincerely yours,

              s/Kelly Stephens

              Anne Brown for Patricia, Senior Case Manager
              Direct Dial No. 513-564-7031

cc: Mr. Barak Jonathan Babcock