**Brenda Kay Leavy**
5036 Overview Ridge Cv
Memphis, TN  38141

October 30, 2025

**Kelly Stephens**
Clerk of Court
United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**RE:** Case No. 21-5882 – Notice of Constitutional Defect and Preservation of Record for Supreme Court Review

Dear Ms. Stephens,

Enclosed please find my *Notice of Constitutional Defect and Preservation of Record for Supreme Court Review* for filing in the above-referenced case. This document concerns jurisdictional and constitutional matters that must be placed on the official docket pursuant to **Fed. R. App. P. 25(a)(2)** and **28 U.S.C. § 1651(a)**.

If the Court declines to docket this filing, please provide a written explanation signed by a responsible official indicating the basis for refusal so that it may be transmitted to the United States Supreme Court with my petition for certiorari.

Respectfully,

**/s/ Brenda Kay Leavy**
Brenda Kay Leavy, Pro Se Appellant

**Enclosure:** Notice of Constitutional Defect and Certificate of Service

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

| | |
|---|---|
| **BRENDA KAY LEAVY,** ) | |
| ) | **District Court Case No.: 19-cv-2705** |
| **Plaintiff-Appellant,** ) | |
| ) | **Appellate Case No.: 21-5882** |
| **v.** ) | |
| ) | |
| **FEDEX CORPORATION,** ) | |
| ) | |
| **Defendant-Appellee.** ) | |

---

### NOTICE OF CONSTITUTIONAL DEFECT AND PRESERVATION OF RECORD FOR SUPREME COURT REVIEW

---

Comes now Appellant Brenda Kay Leavy, appearing *pro se*, to respectfully place on the record a formal notice of constitutional defect affecting the proceedings in this appeal and to preserve the issue for Supreme Court review.

1. **Lack of Article III Adjudication.** The district court and this Court proceeded without any evident Article III judicial hearing or decision. The district court held no hearings, and the Sixth Circuit orders and "ruling letters" in this case bear only the initials of clerical staff (e.g., "PJE," "RLB"), not judicial signatures. Clerk Kelly Stephens informed Appellant that the case was assigned to a staff attorney instead of an Article III judge.

2. **Motions Returned Unfiled.** Appellant submitted multiple motions to void judgment and related pleadings (see Docket Nos. 32, 34, 37, 47, 51) raising jurisdictional and due-process issues. These motions were ultimately filed and considered, but denied without a hearing by the Sixth Circuit.

3. **Denial of Due Process.** By refusing to file and adjudicate motions that challenge jurisdiction and validity of the judgment, the Court has effectively denied Appellant her Fifth Amendment right to due process and access to a neutral judicial officer. Orders issued on April 23, 2025; June 23, 2025; and October 28, 2025, were entered without oral argument or judicial hearing and culminated in a directive that future filings be "rejected and returned unfiled," further blocking judicial access.

4. **Preservation for Certiorari.** Appellant files this Notice so that the record will reflect these constitutional defects for review by the Supreme Court of the United States pursuant to 28

U.S.C. § 1254(1) and § 1651(a). Appellant respectfully requests that this Notice be placed on the official docket and transmitted with the record upon any petition for certiorari.

5. **Clerk's Direction to Proceed to the Supreme Court Without Article III Review.** Appellant has repeatedly requested that this Court allow her to be heard by an Article III judge or panel. In response, Clerk Kelly Stephens informed Appellant that she should "take it up with the Supreme Court," while acknowledging that no hearing had been held and no transcripts exist. This statement confirms that Appellant has been denied any judicial determination on the merits of her claims and that the Court's administrative staff have effectively replaced Article III adjudication with clerical discretion, contrary to the Constitution and fundamental due process.

Respectfully submitted on October 30, 2025.

**/s/ Brenda Kay Leavy**

Brenda Kay Leavy, Appellant Pro Se
5036 Overview Ridge Cv
Memphis, TN 38141

## **Exhibit A-1 — Motions Filed and Denied**

| Docket No. | Date Filed | Document Title | Outcome | Clerk/Judge Notes |
|---|---|---|---|---|
| 32 | 01/17/2024 | Motion to Void Judgment | Denied | Returned unfiled initially, then denied without hearing |
| 34 | 04/09/2024 | Motion to Void Judgment | Denied | Returned unfiled initially, then denied without hearing |
| 37 | 05/08/2024 | Emergency Motion for Order Requiring Clerk to File Motions | Denied | Denied without oral argument |
| 47 | 05/06/2025 | Motion to Recall Mandate & Motion for Void Judgment | Denied | Denied by single judge (Boggs) without hearing |
| 51 | 06/27/2025 | Emergency Motion to Supplement and Reassert Motion to Recall Mandate | Denied | Denied without oral argument |

**Notes:** All of the above motions raised jurisdictional and constitutional issues. None were adjudicated by an Article III judge. Some were initially returned unfiled by the Clerk, then ultimately denied administratively.

4

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 30th day of October 2025, the foregoing document has been served via first class U.S. Mail, postage prepaid, upon:

Mr. Barak Jonathan Babcock
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

**/s/ Brenda Kay Leavy**

_____

Brenda Kay Leavy, Appellant Pro Se
5036 Overview Ridge Cv
Memphis, TN 38141