U.S.C. § 1254(1) and § 1651(a). Appellant respectfully requests that this Notice be placed on the official docket and transmitted with the record upon any petition for certiorari.

5. **Clerk's Direction to Proceed to the Supreme Court Without Article III Review.** Appellant has repeatedly requested that this Court allow her to be heard by an Article III judge or panel. In response, Clerk Kelly Stephens informed Appellant that she should "take it up with the Supreme Court," while acknowledging that no hearing had been held and no transcripts exist. This statement confirms that Appellant has been denied any judicial determination on the merits of her claims and that the Court's administrative staff have effectively replaced Article III adjudication with clerical discretion, contrary to the Constitution and fundamental due process.

Respectfully submitted on October 30, 2025.

*Brenda Kay Leavy*
Brenda Kay Leavy, Appellant Pro Se
5036 Overview Ridge Cv
Memphis, TN 38141