## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 30th day of October 2025, the foregoing document has been served via first class U.S. Mail, postage prepaid, upon:

>Mr. Barak Jonathan Babcock
>Federal Express Corporation
>3620 Hacks Cross Road
>Building B, 3rd Floor
>Memphis, TN 38125

*Brenda Kay Leavy*
Brenda Kay Leavy, Appellant Pro Se
5036 Overview Ridge Cv
Memphis, TN 38141